**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JAZMIN SALAZAR-PENA,<br><br>   Defendant. | Case No. 2:15-cr-228-LDG<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, July 14, 2016 at 10:00 a.m., be vacated and continued to ~~August~~ 15, 2016, at the hour of 10:00 a.m.

   DATED this 26 day of May, 2016

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

3